FILED by _K C S_ D.C.

NOV 10 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **09 - 23443**

THE MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe,

Plaintiff,

vs.

DOMAINS BY PROXY, INC., an Arizona
corporation, and JOHN DOE,
individuals/corporations/entities 1-6,

**CIV - JORDAN**

Defendants.

_____/

[McALILEY]

## COMPLAINT

Plaintiff Miccosukee Tribe of Indians of Florida ("Tribe") brings this complaint against Defendants Domains by Proxy ("DBP") and John Doe (collectively, "defendants"), under the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d), and states as follows:

### NATURE OF THE ACTION

1.      This is an action arising from defendants' unauthorized registration and use of the Internet domain names miccosukeeindiantribe.com, miccosukeeindiantribe.net, miccosukeeindiantribeofflorida.com, miccosukeeindiantribeofflorida.net, miccosukeetv .com, and miccosukeepoker.com ("infringing domain names").

2.      Defendants' conduct infringes upon the Tribe's common law rights and violates the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

3.      As redress for defendants' actions, plaintiff seeks injunctive relief, statutory damages, and attorneys' fees and costs.

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

## PARTIES

4. The Tribe is a federally-recognized and federally-protected Indian Tribe, exercising powers of self-government under a Tribal Constitution approved by the Secretary of the Interior in 1962, pursuant to the Indian Reorganization Act of 1934, 25 U.S.C. § 476.

5. Domains by Proxy is a corporation with its primary place of business in Scottsdale, Arizona. DBP is an anonymous domain registration company, which contracts with individual domain name registrants who wish that their privacy be preserved. The Internet Corporation for Assigned Names and Unknown Numbers ("ICANN") requires that every party that registers an Internet domain name provide that party's name, location and telephone number for a public database of Internet domain name registrants ("the WHOIS directory"). Parties that wish to register a domain name but keep their identifying information out of the WHOIS directory typically contract with an anonymous domain name registration company such as DBP. When a party uses DBP, it is DBP's information that appears in the WHOIS directory, rather than the true owner of the domain name. DBP is listed as the domain registrant for miccosukeeindiantribe.com, miccosukeeindiantribe.net, miccosukeeindiantribeofflorida .com, miccosukeeindiantribeofflorida.net, miccosukeepoker.com and miccosukeetv.com. Upon information and belief, DBP is affiliated with Internet domain registrar and hosting company GoDaddy.com, Inc., which also has its primary place of business in Scottsdale, Arizona and which hosts the infringing domain names.

2

6.     John Doe is the individual(s), corporation(s) or entity(ies) responsible for and/or the true owner of the infringing domain names.  John Doe's true name(s) will be substituted when determined.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction over this civil action under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws, or treaties of the United States) and 28 U.S.C. § 1338 (civil actions arising under any Act of Congress relating to patents, plant variety protection, copyrights, mask works, designs, trademarks, or unfair competition.)

8.     This Court has personal jurisdiction over the defendants based upon the following: (a) defendants operate multiple websites on the Internet that are accessible to residents of the State of Florida; (b) defendants have engaged in intentional actions directed at residents of the State of Florida by and through their registration and/or operation of the infringing domain names; and (c) defendants knew or should have known their actions would cause harm to the Tribe as alleged herein.

9.     Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred here.

## GENERAL ALLEGATIONS

10.     The Tribe has continuously used the unique marks "Miccosukee Tribe of Indians of Florida" and "Miccosukee Indians of Florida" since at least its recognition by the federal government in 1962.

3

11. For years, the Tribe has used the Miccosukee mark in connection with the Tribe's various commercial ventures, including the operation of multiple gaming facilities, a hotel resort and a golf course. During this time, the Tribe has made extensive use of the Miccosukee mark on advertising and promotional materials.

12. As a result of the continuous and extensive use of the Miccosukee mark, the Tribe has acquired significant goodwill and wide public recognition, thereby acquiring common law rights with respect to its famous and distinctive name.

13. Since September 1998, the Tribe has operated its website, miccosukee.com, which provides information about the Tribe, its history and its various commercial activities. A true and correct copy of the Tribe's domain name registration information from Whois.net is attached as Exhibit A.

14. To arrive at the Tribe's website, an Internet user must either enter the Tribe's registered domain name miccosukee.com in the uniform resource locator ("URL") address line of the Internet browser, a search method known as "direct navigation," or select the Tribe's website after performing a keyword search.

### *Infringing Domain Names*

15. On or around October 12, 2008, defendants registered the infringing domain names miccosukeeindiantribe.com, miccosukeeindiantribe.net, miccosukeeindiantribeofflorida.com, and miccosukeeindiantribeofflorida.net with the domain name registrar GoDaddy.com, Inc. True and correct copies of the infringing domain names' registration information from GoDaddy.com is attached as composite Exhibit B.

16.     The infringing domain names contain the entirety of the Tribe's famous Miccosukee mark, plus the words "Indian tribe" which are also used to identify the Tribe.

17.     Thus, an individual not familiar with the Tribe's site who types miccosukeeindiantribe.com, miccosukeeindiantribe.net, miccosukeeindiantribeof florida.com, or miccosukeeindiantribeofflorida.net into the web browser to obtain information about the Tribe is automatically redirected to one of defendants' web pages.

18.     The web pages linked to miccosukeeindiantribe.com, miccosukee indiantribe.net, miccosukeeindiantribeofflorida.com, and miccosukeeindiantribeof florida.net indicate that these sites are "parked" by GoDaddy.com.   True and correct screen shots of the parked web pages are attached as composite Exhibit C.

19.     "Domain parking" refers to the registration of an Internet domain name without that domain name being associated with any established business or service. "Parked domains" or "parked pages" typically do not show up in any search engine results.   Instead, parked domains rely on direct navigation traffic.   Parked domains resolve to a webpage containing hyperlinks which, often unbeknownst to the website visitor, link to advertiser websites and contain no content beyond the advertisements themselves.   The primary purpose of a parked domain is to generate per-per-click revenue.

20.     "Pay-per-click" is used describe a website containing advertisements sponsored by individual advertisers who pay the owner of the domain name each time an Internet user clicks on an ad and gets transferred to the advertiser's website. The domain name registrant is paid based on how many links have been clicked on the webpage, and as such, receives pay-per-click revenue.

21.     On or around October 26, 2008, defendants registered the infringing domain name miccosukeepoker.com with the domain name registrar GoDaddy.com, Inc. A true and correct copy of the infringing domain name's registration information from GoDaddy.com is attached as Exhibit D.

22.     The infringing domain name contains the entirety of the Tribe's famous Miccosukee mark, plus the word "poker." At the Miccosukee Resort and Gaming, the Tribe offers 24-hour poker at 58 different poker tables as well as scheduled poker tournaments. Thus, the term "poker" is often associated with the Tribe and its gaming facilities.

23.     An Internet user who types miccosukeepoker.com into the web browser in an attempt to locate information about the Tribe's gaming services is automatically redirected to http://www.mcpoyletwins.com which states "domain for sale email oziumrules@yahoo.com." The remainder of the screen is blank. A true and correct screen shot of the mcpoyletwins.com homepage is attached as Exhibit E.

24.     On or around October 31, 2008, defendants registered the infringing domain name miccosukeetv.com with the domain name registrar GoDaddy.com, Inc. A true and correct copy of the infringing domain name's registration information from GoDaddy.com is attached as Exhibit F.

25.     The infringing domain name contains the entirety of the Tribe's famous Miccosukee mark, plus the word "tv."

26.     The miccosukeetv.com website is a pay-per-click site, similar to that of miccosukeeindiantribe.com, miccosukeeindiantribe.net, miccosukeeindiantribeofflorida .com, or miccosukeeindiantribeofflorida.net, except that it does not appear to have been

6

"parked" by GoDaddy.com. A true and correct copy of the <u>miccosukeetv.com</u> pay-per-click site is attached as Exhibit G.

### *Defendants' Improper Conduct*

27.     The infringing domain names registered and/or used by defendants are deviations of the Tribe's famous and distinctive mark.

28.     The Tribe never authorized defendants to register, traffic in or use the infringing domain names or its mark in any way.

29.     The infringing domain names were registered and/or used by defendants years after the Tribe had registered its domain name.

30.     The infringing domain names are sufficiently similar to that of the Tribe and create a likelihood of consumer confusion as to whether the infringing domain names and corresponding websites are officially sponsored, endorsed or authorized by the Tribe.

31.     By registering, trafficking in and/or using the infringing domain names, defendants are willfully and continuously using the Tribe's name in bad faith with the intent to profit.

32.     Upon information and belief, defendants did not believe or have reasonable grounds to believe that the registration and use of the infringing domain names was a fair use or otherwise lawful.

33.     Upon information and belief, the infringing domain names are not the legal name of, or otherwise used to identify, defendants.

34.     Upon information and belief, defendants have no trademarks or any other intellectual property rights in the infringing domain names.

7

35.     Upon information and belief, defendants had no prior use of the domain names in connection with the bona fide offering of any goods or services.

### COUNT I
### Federal Cybersquatting
### (15 U.S.C. § 1125(d))

36.     The Tribe repeats and realleges paragraphs 1 through 35 as though fully set forth herein.

37.     The Tribe has developed common law rights with respect to its name, which is famous and distinctive within the meaning of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

38.     Defendants registered the infringing domain names after the Tribe's name had become distinctive and famous and without the Tribe's consent.

39.     Defendants' infringing domain names are identical or confusingly similar to Tribe's federally-recognized name and website, miccosukee.com.

40.     Defendants' infringing domain names create a likelihood of confusion as to the source, sponsorship, affiliation with or endorsement by the Tribe.

41.     Defendants registered the infringing domain names with the bad faith intent to profit off of the Miccosukee mark, either from pay-per-click revenue or by transferring, selling or otherwise assigning the infringing domain names to the Tribe or any third party for financial gain.

42.     Defendants' conduct constitutes cybersquatting in violation of the ACPA, 15 U.S.C. § 1125(d).

Lewis Tein PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

43.     As a direct and proximate result of defendants' conduct, the Tribe has suffered and will continue to suffer irreparable injury to its reputation, goodwill and business.

WHEREFORE, the Tribe respectfully requests that the Court issue an order:

(1)     enjoining defendants and their agents, employees, successors and assigns, and all persons acting in concert with them, from further use of the infringing domain names;

(2)     requiring the complete and unconditional transfer of the infringing domain names to the Tribe;

(3)     awarding the Tribe statutory damages pursuant to the ACPA, 15 U.S.C. § 1117(d), for the bad faith registration and use of the infringing domain names;

(4)     awarding the Tribe all costs and attorneys' fees in this action; and

(5)     awarding the Tribe any and all such other relief as this Court may deem just and proper.

Respectfully submitted,

Lewis Tein, P.L.
3059 Grand Avenue
Suite 340
Coconut Grove, Florida 33133
Telephone Number: (305) 442-1101
Facsimile Number: (305) 442-6744

By: _____
Guy A. Lewis
Fla. Bar No. 623740
lewis@lewistein.com
Michael R. Tein.
Fla. Bar No. 993522
tein@lewistein.com

9

Beau R. Dasher
Fla. Bar No. 0040910
bdasher@lewistein.com

*Counsel for Plaintiff Miccosukee Tribe of
Indians of Florida*

# EXHIBIT A





Whois domain name lookup, available domain names, domain keyword search, deleted domains:

Login | Register

**WHOIS Lookup**

.com [ ]    [ Go! ]    Lookup registration data for domains.

**Whois:** miccosukee.net   miccosukee.org

## Available Domains For $9.95

- [ ] mymiccoversokee.com
- [ ] miccosukeeonline.co...
- [ ] miccocircakeelive.c...
- [ ] easymiccocircakee.c...
- [ ] miccocircakeeonline...
- [ ] miccoversokeeonline.c...
- [ ] easymiccoversokee.c...
- [ ] mymiccoversokee.net
- [ ] miccosukeeonline.ne...
- [ ] miccocircakeelive.n...
- [ ] easymiccocircakee.n...
- [ ] miccocircakeeonlino...
- [ ] miccoversokeelive.n...
- [ ] easymiccoversokee.n...
- [ ] mymiccoversokee.org
- [ ] miccosukeeonline.or...

**ORDER NOW**

## Premium Domains For Sale at Sedo
none

## WHOIS information for **miccosukee.com** :

```
[Querying whois.internic.net]
[Redirected to whois.names4ever.com]
[Querying whois.names4ever.com]
[whois.names4ever.com]
The information below is provided by NAMES4EVER for personal use only.
NAMES4EVER does not guarantee its accuracy. By submitting a query, you
agree that you will use this information only for lawful purposes and
that; under no circumstances will you use this information from
NAMES4EVER to: (a) allow, enable, or otherwise support the
transmission of mass commercial advertising or solicitations via e-mail;
(b) enable high volume, automated, electronic processes that apply to
NAMES4EVER and (c) sell the information. NAMES4EVER reserves the right
to modify these terms at any time. By submitting this query, you agree
to abide by this policy by NAMES4EVER. NAMES4EVER is ICANN accredited
Registrar for .com .org and .net domain names.

Domain name: miccosukee.com

Registrant:
    Administrative Manager (VC9YJ) Admin@miccosukeetribe.com
    Miccosukee Tribe
    P.O. Box 440021, Tamiami Station
    Miami,   FL   33144
    United States
    Phone: +1 (305) 8945222

Administrative Contact:
    Administrative Manager (XXW7Z) Admin@miccosukeetribe.com
    Miccosukee Tribe
    P.O. Box 440021, Tamiami Station
    Miami,   FL   33144
    United States
    Phone: +1 (305) 8945222

Technical Contact:
    Chad Clarke (8Z78N) info@ccfconsult.com
    CCF Consulting, Inc.
    2604 24th Ave
    Gulfport,   MS   39501
    United States
    Phone: +1 (228) 8676008

Billing Contact:
```

```
Administrative Manager (GFWZ9) Admin@miccosukeetribe.com
Miccosukee Tribe
P.O. Box 440021, Tamiami Station
Miami,    FL    33144
United States
Phone: +1 (305) 8945222
```

```
Record last updated on 2009-09-05 00:00:00
Record created on 1998-09-04 00:00:00
Record expires on 2010-09-03 00:00:00
```

```
Domain servers in listed order:
  ns5.mojomonster.com
  ns6.mojomonster.com
```

```
Registration Service Provider: CCF Consulting
  bclarke@ccfconsult.com
  +1 (888)4458694
```

```
Registrar: NAMES4EVER, http://www.names4ever.com
```

## Domain Information
Domain Name Registration,  News
Daily DNS Changes,  ICANN

## WHOIS Resources
Domain Names: WHOIS,  AllWhois,  Intl TLDs
IP Addresses: ARIN,  RIPE NCC,  APNIC

## Business Applications
Microsoft Exchange 2007,  Business Productivity,
SugarCRM Professional,  McAfee Total Protection,
PC Data Backup

## Hosting Resources
Web Hosting,  VPS,  Managed Hosting,
Windows Hosting,  Windows Servers

## Domain Tools
Ping,  Whois By Ip Address,  DIG,
Your IP Address,  About Your Browser

**Register your domain name now!**

*Copyright © 1999-2009*



# EXHIBIT  B

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #      Password      USD

Home        Auctions        Marketplace        Media        Support & Community

Bob's Video Blog

Domains    Hosting    Email    Site Builders    Business    SSL Certificates    Resellers    **WHOIS Domain Check**

Show All My Products

## MICCOSUKEEINDIANTRIBE.COM

Check to add these alternate *MICCOSUKEEINDIANTRIBE* domain names.

Select All

#29: Want to build a HOT business?
5 steps that get YOU there.
How they worked for me.
"Bob, you are a marketing genius..." - John

| ☐ .INFO $0.99*/yr SAVE! | ☐ .ORG $9.99*/yr SAVE! | ☐ .ME $9.99/yr SAVE! | ☐ .MOBI $7.99*/yr SAVE! | ☐ .US $9.99/yr SAVE! | ☐ .BIZ $14.99*/yr |

Check to add these similar *MICCOSUKEEINDIANTRIBE.COM* domain names.

Select All

| ☐ THEMICCOSUKEEINDI... | $10.69*/yr | ☐ MYMICCOSUKEEINDIA... | $10.69*/yr | ☐ NEWMICCOSUKEEINDI... | $10.69*/yr |
| ☐ FREEMICCOSUKEEIND... | $10.69*/yr | ☐ BESTMICCOSUKEEIND... | $10.69*/yr | ☐ ...NDIANTRIBES.COM | $10.69*/yr |
| ☐ SMICCOSUKEEINDIAN... | $10.69*/yr | ☐ ...NDIANTRIBESITE.COM | $10.69*/yr | ☐ SITEMICCOSUKEEIND... | $10.69*/yr |
| ☐ ...NDIANTRIBEONLINE.COM | $10.69*/yr | ☐ ONLINEMICCOSUKEEI... | $10.69*/yr | ☐ ...NDIANTRIBESTORE.COM | $10.69*/yr |

Check to add these Premium domain names. ❓

Select All

| ☐ IndianTribe.com $3,588.00 | ☐ Indian-Tribe.com $888.00 | ☐ TribeBuilder.com $1,688.00 |
| ☐ FamilyDj.com $1,888.00 | ☐ Miami-Dj.com $399.00 | ☐ Texas-Dj.com $399.00 |

**ADD TO CART**

$1.99* DOMAINS

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

No quantity limit! With every
new, non-domain product you buy**

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring
99.9% uptime, free setup, 24/7 support &
more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEEINDIANTRIBE.COM
Created on: 12-Oct-08
Expires on: 13-Oct-09
Last Updated on: 12-Oct-08

Administrative Contact:
Private, Registration MICCOSUKEEINDIANTRIBE.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEEINDIANTRIBE.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS39.DOMAINCONTROL.COM
NS40.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #   Password   USD

Home          Auctions          Marketplace          Media          Support & Community

Bob's Video Blog

Domains    Hosting    Email    Site Builders    Business    SSL Certificates    Resellers    WHOIS Domain Check

Show All My Products

## MICCOSUKEEINDIANTRIBE.NET

Check to add these alternate *MICCOSUKEEINDIANTRIBE* domain names.          Select All

#29: Want to build a HOT business?
5 steps that get YOU there.
How they worked for me.
"Thank you for the powerful encouragement..." - Carlos

| .INFO $0.99*/yr SAVE! | .ORG $9.99*/yr SAVE! | .ME $9.99/yr SAVE! | .MOBI $7.99*/yr SAVE! | .US $9.99/yr SAVE! | .BIZ $14.99*/yr |

Check to add these similar *MICCOSUKEEINDIANTRIBE.NET* domain names.          Select All

| THEMICCOSUKEEINDI... | $8.99*/yr SAVE! | MYMICCOSUKEEINDIA... | $8.99*/yr SAVE! | NEWMICCOSUKEEINDI... | $8.99*/yr SAVE! |
| FREEMICCOSUKEEIND... | $8.99*/yr SAVE! | BESTMICCOSUKEEIND... | $8.99*/yr SAVE! | ...NDIANTRIBES.NET | $8.99*/yr SAVE! |
| SMICCOSUKEEINDIAN... | $8.99*/yr SAVE! | ...NDIANTRIBESITE.NET | $8.99*/yr SAVE! | SITEMICCOSUKEEIND... | $8.99*/yr SAVE! |
| ...NDIANTRIBEONLINE.NET | $8.99*/yr SAVE! | ONLINEMICCOSUKEEI... | $8.99*/yr SAVE! | ...NDIANTRIBESTORE.NET | $8.99*/yr SAVE! |

Check to add these Premium domain names. [?]          Select All

| IndianTribe.com $3,588.00 | Indian-Tribe.com $888.00 | TribeBuilder.com $1,688.00 |
| FamilyDj.com $1,888.00 | Chicago-Dj.com $599.00 | Nashville-Dj.com $399.00 |

**ADD TO CART**

$1.99* DOMAINS

*Plus ICANN fee of $0.18 per domain name year.
** .CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

No quantity limit! With every
new, non-domain product you buy**

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring
99.9% uptime, free setup, 24/7 support &
more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEEINDIANTRIBE.NET
Created on: 12-Oct-08
Expires on: 13-Oct-09
Last Updated on: 12-Oct-08

Administrative Contact:
Private, Registration MICCOSUKEEINDIANTRIBE.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEEINDIANTRIBE.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS39.DOMAINCONTROL.COM
NS40.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #          Password          USD

| Home | Auctions | Marketplace | Media | Support & Community |
|------|----------|-------------|-------|-----------------------|

Bob's Video Blog

| Domains | Hosting | Email | Site Builders | Business | SSL Certificates | Resellers | WHOIS Domain Check |
|---------|---------|-------|---------------|----------|------------------|-----------|--------------------|

Show All My Products

## MICCOSUKEEINDIANTRIBEOFFLORIDA.COM

Check to add these alternate *MICCOSUKEEINDIANTRIBEOFFLORIDA* domain names.

**Select All**

#29: Want to build a HOT business?
5 steps that get YOU there.
How they worked for me.
"Thank you for the powerful encouragement..." - Carlos

SAVE at your favorite stores!
SAVINGS NETWORK

$1.99* DOMAINS

| | | | | |
|---|---|---|---|---|
| ☐ .INFO $0.89*/yr SAVE! | ☐ .ORG $9.99*/yr SAVE! | ☐ .ME $9.99/yr SAVE! | ☐ .MOBI $7.99*/yr SAVE! | ☐ .US $9.99/yr SAVE! |
| | | | | ☐ .BIZ $14.99*/yr |

Check to add these similar *MICCOSUKEEINDIANTRIBEOFFLORIDA.COM* domain names.

**Select All**

| | | | | | |
|---|---|---|---|---|---|
| ☐ THEMICCOSUKEEINDI... | $10.69*/yr | ☐ MYMICCOSUKEEINDIA... | $10.69*/yr | ☐ NEWMICCOSUKEEINDI... | $10.69*/yr |
| ☐ FREEMICCOSUKEEIND... | $10.69*/yr | ☐ BESTMICCOSUKEEIND... | $10.69*/yr | ☐ ...EOFFLORIDAS.COM | $10.69*/yr |
| ☐ SMICCOSUKEEINDIAN... | $10.69*/yr | ☐ ...EOFFLORIDASITE.COM | $10.69*/yr | ☐ SITEMICCOSUKEEIND... | $10.69*/yr |
| ☐ ...EOFFLORIDAONLINE.COM | $10.69*/yr | ☐ ONLINEMICCOSUKEEI... | $10.69*/yr | ☐ ...EOFFLORIDASTORE.COM | $10.69*/yr |

Check to add these Premium domain names. ❓

**Select All**

| | | |
|---|---|---|
| ☐ FamilyDj.com $1,888.00 | ☐ CosMick9.com $1,412.00 | ☐ Miami-Dj.com $399.00 |

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring
99.9% uptime, free setup, 24/7 support &
more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

No quantity limit! With every
new, non-domain product you buy**

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEEINDIANTRIBEOFFLORIDA.COM
Created on: 12-Oct-08
Expires on: 13-Oct-09
Last Updated on: 12-Oct-08

Administrative Contact:
Private, Registration MICCOSUKEEINDIANTRIBEOFFLORIDA.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEEINDIANTRIBEOFFLORIDA.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS39.DOMAINCONTROL.COM
NS40.DOMAINCONTROL.COM


Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

Help and Support
Telephone Support & Sales
Billing Support
Email Our Support Team
Frequently Asked Questions
User's Guides
Report Spam
Test Our Products

Account Manager
My Account
My Renewals
My Upgrades
Account Settings
Customer Information
Order History
Create Account

Shopping
Offer Disclaimers
Domain Search
Catalog
Product Advisor
View Shopping Cart
Gift Cards
Go Daddy Mobile
Today's Offers
Go Daddy Marketplace®

Resources
WHOIS search
ICANN Confirmation
Web Mail
Affiliates
Connect with Us
Gadgets/Widgets
Add browser domain search
Site Map
Radio Go Daddy®

About Go Daddy
Careers
Security Center
Company Info
News Center
Customer Testimonials
What's New
View our Commercials
Legal
Marketing Proposals

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #   Password   USD

| Home | Auctions | Marketplace | Media | Support & Community |

Bob's Video Blog

Domains   Hosting   Email   Site Builders   Business   SSL Certificates   Resellers   **WHOIS Domain Check**

Show All My Products

**MICCOSUKEEINDIANTRIBEOFFLORIDA.NET**

Check to add these alternate *MICCOSUKEEINDIANTRIBEOFFLORIDA* domain names.   **Select All**

#29: Want to build a HOT business?
5 steps that get YOU there.
How they worked for me.
"This guy is good." - Moshe

☐ .INFO $0.89*/yr SAVE!   ☐ .ORG $9.99*/yr SAVE!   ☐ .ME $9.99/yr SAVE!   ☐ .MOBI $7.99*/yr SAVE!   ☐ .US $9.99/yr SAVE!   ☐ .BIZ $14.99*/yr

Check to add these similar *MICCOSUKEEINDIANTRIBEOFFLORIDA.NET* domain names.   **Select All**

| ☐ THEMICCOSUKEEINDI... | $8.99*/yr SAVE! | ☐ MYMICCOSUKEEINDIA... | $8.99*/yr SAVE! | ☐ NEWMICCOSUKEEINDI... | $8.99*/yr SAVE! |
| ☐ FREEMICCOSUKEEIND... | $8.99*/yr SAVE! | ☐ BESTMICCOSUKEEIND... | $8.99*/yr SAVE! | ☐ ...EOFFLORIDAS.NET | $8.99*/yr SAVE! |
| ☐ SMICCOSUKEEINDIAN... | $8.99*/yr SAVE! | ☐ ...EOFFLORIDASITE.NET | $8.99*/yr SAVE! | ☐ SITEMICCOSUKEEIND... | $8.99*/yr SAVE! |
| ☐ ...EOFFLORIDAONLINE.NET | $8.99*/yr SAVE! | ☐ ONLINEMICCOSUKEEI... | $8.99*/yr SAVE! | ☐ ...EOFFLORIDASTORE.NET | $8.99*/yr SAVE! |

Check to add these Premium domain names. ❓   **Select All**

| ☐ CosMick9.com $1,412.00 | ☐ FamilyDj.com $1,888.00 | ☐ Miami-Dj.com $399.00 |

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
** .CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

$1.99* DOMAINS

No quantity limit! With every
new, non-domain product you buy**

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring
99.9% uptime, free setup, 24/7 support &
more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEEINDIANTRIBEOFFLORIDA.NET
Created on: 12-Oct-08
Expires on: 13-Oct-09
Last Updated on: 12-Oct-08

Administrative Contact:
Private, Registration MICCOSUKEEINDIANTRIBEOFFLORIDA.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEEINDIANTRIBEOFFLORIDA.NET@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS39.DOMAINCONTROL.COM
NS40.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Offer Disclaimers | WHOIS Search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
|  |  | Today's Offers | Site Map | Legal |
|  |  | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

# EXHIBIT  C



This Web page is parked FREE, courtesy of GoDaddy.com

miccosukeeindiantribe.com

**Today's offers at GoDaddy.com**

**SEARCH**

Sponsored Listings

**▸▸ Native 8(a) at Work**
See how the Native 8(a) program is working to create jobs for America.
www.native8aworks.com

**▸▸ Indian Dating & Chat**
The Odds Are In Your Favor - Women Join For Free, Men Browse For Free!
Mate1.com

**▸▸ American Indian Lawyers**
The LSAC Official Site Offers Tools & Tips For Law School Applicants!
www.DiscoverLaw.org

**▸▸ Looking for a Booty Call?**
Don't Promise Marriage - Just Date! Search for People Who Want Booty
OnlineBootyCall.com

**▸▸ Native American Loans**
Mortgages with very low rates with no PMI for Native Americans.
www.nativeamericanloans.net

**▸▸ Indian War History**
Sheridan County, Wyoming Explore Indian War history.
www.sheridanwyoming.org

**▸▸ Miccosukee Casino**
Get Our Best Price Guarantee on Maimi Hotels at Expedia.com
www.Expedia.com

**▸▸ Antique Indian Jewelry**
Navajo, Zuni, Hopi & Pueblo Old Pawn Silver & Turquoise
www.TurkeyMountainTraders.com

**▸▸ Tribal Indian**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

**▸▸ Tribes in Oklahoma**
See videos on the 39 tribes that thrive in the state of Oklahoma.
OklaTravelNet.com

Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and entertainment news! Tune in every Wednesday 2pm PT or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor



Go Daddy.com **$1.99* Domains**
The web is your Domain!*
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:

.com   **GO**

What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?
Let us help you get it!**

Related Searches

▸▸ Cherokee Names

▸▸ Cherokee Scrubs

▸▸ Indian Diet Food

▸▸ Native American Navajo

▸▸ American Indian Costume

▸▸ Grand Cherokee


From ATV Parts to Toys, we've got it all!
GO DADDY
**MARKETPLACE***
SHOP NOW

Save up to 15% on multi-year hosting plans!


**Get a FREE domain***
when you complete one of these valuable offers!

Plans from $3.99/mo!

Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs


**Get a FREE domain***
when you complete one of these valuable offers!

**GET A FREE DOMAIN**

Powered by TripPay
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names * Web Hosting * Web Site Builders * Email Accounts * SSL Certificates * Ecommerce Products * And More! * See Product Catalog

Go Daddy Super Bowl Commercial * Danica Patrick * Dale Jr. * Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

 **This Web page is parked FREE, courtesy of GoDaddy.com** ▸▸ Today's offers at GoDaddy.com

miccosukeeindiantribe.net    [SEARCH]

**Sponsored Listings**

▸▸ **Find Indian Singles Now**
Sign Up & Browse Free - Live Chat, Voice Recordings, Easy Searching!
Mate1.com

▸▸ **Small Business Loans**
Find Financing Solutions & Compare Competitive Rates & Quotes.
www.business.com

▸▸ **Miccosukee Hotel**
Get Our Best Price Guarantee on Maimi Hotels at Expedia.com
www.Expedia.com

▸▸ **Native American DNA Test**
Mayan? Navajo? Salish? Discover Your Genetic Heritage $150
www.dnatribes.com

▸▸ **Antique Indian Jewelry**
Navajo, Zuni, Hopi & Pueblo Old Pawn Silver & Turquoise
www.TurkeyMountainTraders.com

▸▸ **Indian Tribe**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

▸▸ **Native American Jewelry**
50% OFF! Huge Selection Navajo Zuni Hopi, Indian Jewelry, Art, Kachinas
www.SilverTribe.com

▸▸ **Native American**
Find Clipart With Less Digging. A Decision Engine Makes Search Easy!
www.Bing.com

▸▸ **Experience the Hualapai**
Indian Legacy. Grand Canyon Views Skywalk & Breathtaking Beauty
www.GrandCanyonWest.com

▸▸ **How to: Solar Electricity**
$200 DIY solar power kit slashes home electricity bill by 60%.
www.Power4Home.com





 Want to buy this domain? Let us help you get it!

**Related Searches**

▸▸ Cherokee Names

▸▸ Oklahoma

▸▸ Cherokee Scrubs

▸▸ Indian Diet Food

▸▸ American Indian Tribes

▸▸ Native American Navajo



Save up to 15% on multi-year hosting plans!

Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and entertainment news! Tune in every Wednesday 2pm PT or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor





Plans from $3.99/mo!

Memberships just $4.98/year! Lowest commissions!


**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com    [ICANN ACCREDITED]

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

GoDaddy is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

 

miccosukeeindiantribeofflorida.com

SEARCH

Sponsored Listings

**▸▸Indian Dating Network**
The Odds Are In Your Favor - Women Join For Free, Men Browse For Free!
Mate1.com

**▸▸Florida State Tickets**
Florida State Seminoles Tickets. Check Our Prices. Save 10% or More.
www.TicketLiquidator.com

**▸▸$84,000 Work At Home Job**
$249 Course Guarantees Work With Fortune 500 Companies. Start Today!
theconsumerwatchdog.org

**▸▸Florida Community College**
Move your career forward with an accredited online degree!
www.CourseAdvisor.com

**▸▸Everest College**
Start earning your degree today. Hands-on education. Enroll now.
info.EverestUniversity.edu

**▸▸Black Indian Tribe**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

**▸▸Seminole Tribe Of Florida**
Find more sources/options for Seminole Tribe Of Florida
www.webcrawler.com

**▸▸Free FL Eviction 3-Day**
Evictions Assisted Low Cost, Rapid FL Only Free 3-Day Notice download
www.proeviction.com

**▸▸Seminoles com promo code**
Free Coupons & Special Offers for Use by Florida State Seminole Fans.
CollegeFootballStore.com/Coupons

**▸▸Seminole FL Apartments**
Find Apartment Listings in Seminole Florida View Photos, Prices, Maps & More.
www.ApartmentsMonthly.com

Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

Radio Go Daddy - Hear the latest internet industry and
entertainment news! Tune in every Wednesday 2pm PT
or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor





Want to buy this domain?
Let us help you get it!

Related Searches

▸▸ Seminole County Homes

▸▸ Seminole Tribe of Florida

▸▸ DUI Indian River County

▸▸ Indian Diet Food

▸▸ American Indian Tribes

▸▸ Seminole Patchwork



From ATV Parts to Toys, we've got it all!
GO DADDY
MARKETPLACE
SHOP NOW

Save up to 15%
on multi-year
hosting plans!



Plans from $3.99/mo!

Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
I'm interested in: Selling
products online, securing my
site, hosting, reseller programs



This Web page is parked FREE, courtesy of **GoDaddy.com**

Visit GoDaddy.com for the best values on:
Domain names * Web Hosting * Web Site Builders * Email Accounts * SSL Certificates * Ecommerce Products * And More! * See Product Catalog

Go Daddy Super Bowl Commercial * Danica Patrick * Dale Jr. * Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.



This Web page is parked FREE,
courtesy of GoDaddy.com
▶▶ Today's offers at GoDaddy.com

miccosukeeindiantribeofflorida.net

**SEARCH**

Sponsored Listings

▶▶**Find Indian Singles Now**
Sign Up & Browse Free - Live Chat, Voice Recordings, Easy Searching!
Mate1.com

▶▶**Florida State Football**
Florida State Seminoles Tickets. Check Our Prices. Save 10% Or More.
www.TicketLiquadator.com

▶▶**$84,000 Work At Home Job**
$249 Course Guarantees Work With Fortune 500 Companies. Start Today!
theconsumerwatchdog.org

▶▶**Florida Community College**
Move your career forward with an accredited online degree!
www.CourseAdvisor.com

▶▶**Everest College**
Start earning your degree today. Hands-on education. Enroll now.
info.EverestUniversity.edu

▶▶**Black Indian Tribe**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

▶▶**Seminole Tribe Of Florida**
Find more sources/options for Seminole Tribe Of Florida
www.webcrawler.com

▶▶**Free FL Eviction 3-Day**
Evictions Assisted Low Cost, Rapid FL Only Free 3-Day Notice download
www.proeviction.com

▶▶**Seminole FL Apartments**
Find Apartment Rentals In Seminole Florida View Photos, Prices, Maps & More.
www.ApartmentsMonthly.com

▶▶**Tribes in Oklahoma**
See videos on the 39 tribes that thrive in the state of Oklahoma.
OklaTravelNet.com

Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

Radio Go Daddy - Hear the latest Internet industry and
entertainment news! Tune in every Wednesday 2pm PT
or podcast anytime.

Get what you need in UNDER 5 MINUTES with our Product Advisor



Find a domain name now:

.com ▾ **GO**

What's a Domain? Advanced Search
**Plus ICANN fee of 18 cents per domain name year**


Want to buy this domain?
Let us help you get it!

Related Searches

▶▶ **Seminole County Homes**

▶▶ **Seminole Tribe of Florida**

▶▶ **Indian Diet Food**

▶▶ **American Indian Tribes**

▶▶ **Native Indians**

▶▶ **Seminole Insurance**


From ATV Parts to Toys, we've got it all!
GO DADDY
**MARKETPLACE®**
SHOP NOW

Save up to 15%
on multi-year
hosting plans!


Get a **FREE** domain
when you complete one of
these valuable offers!

Plans from $3.99/mo!

Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling
products online, securing my
site, hosting, reseller programs


Get a **FREE** domain
when you complete one of
these valuable offers!
GET A FREE DOMAIN
Powered by TrialPay
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

This Web page is parked FREE, courtesy of **GoDaddy.com**

**ICANN**
ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names ▪ Web Hosting ▪ Web Site Builders ▪ Email Accounts ▪ SSL Certificates ▪ Ecommerce Products ▪ And More! ▪ See Product Catalog

Go Daddy Super Bowl Commercial ▪ Danica Patrick ▪ Dale Jr. ▪ Go Daddy Girls

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006

Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

# EXHIBIT  D

Live 24/7 Sales & Support (480)505-8877                    Create Account    Log in to Account:    Username/Customer #        Password                    USD

Home          Auctions          Marketplace          Media          Support & Community

Bob's Video Blog

Domains      Hosting      Email      Site Builders      Business      SSL Certificates      Resellers      WHOIS Domain Check

Show All My Products

## MICCOSUKEEPOKER.COM

Check to add these alternate *MICCOSUKEEPOKER* domain names.                    Select All

.INFO $0.99*/yr SAVE!      .NET $8.99*/yr SAVE!      .ORG $9.99*/yr SAVE!      .ME $9.99/yr SAVE!      .MOBI $7.99*/yr SAVE!      .US $9.99*/yr SAVE!

Check to add these similar *MICCOSUKEEPOKER.COM* domain names.                    Select All

| | | | | |
|---|---|---|---|---|
| THEMICCOSUKEEPOKE... | $10.69*/yr | MYMICCOSUKEEPOKER... | $10.69*/yr | NEWMICCOSUKEEPOKE... $10.69*/yr |
| FREEMICCOSUKEEPOK... | $10.69*/yr | BESTMICCOSUKEEPOK... | $10.69*/yr | ...SUKEEPOKERS.COM $10.69*/yr |
| SMICCOSUKEEPOKER... | $10.69*/yr | ...SUKEEPOKERSITE.COM | $10.69*/yr | SITEMICCOSUKEEPOK... $10.69*/yr |
| ...SUKEEPOKERONLINE.COM | $10.69*/yr | ONLINEMICCOSUKEEP... | $10.69*/yr | ...SUKEEPOKERSTORE.COM $10.69*/yr |

Check to add these Premium domain names.                    Select All

| | | |
|---|---|---|
| AttackPoker.com $788.00 | PokerMedals.com $2,988.00 | GreenSalamander.com $1,788.00 |
| Solo-Poker.com $480.00 | 4-AcesPoker.com $480.00 | Nashville-Dj.com $399.00 |

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

**#29: Want to build a HOT business?**
5 steps that get YOU there.
How they worked for me.
"Thank you for the powerful encouragement..." - Carlos

SAVE at your favorite stores!

**$1.99* DOMAINS**

No quantity limit! With every new, non-domain product you buy**

**Interested in this domain name?**
Let our Domain Buy Service help you get it.

**$1.99 Domain Names**
Register a domain name for only $1.99 with each new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring 99.9% uptime, free setup, 24/7 support & more!

**Safe, Personalized Email**
Get an easy-to-remember email address with built-in Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEEPOKER.COM
Created on: 26-Oct-08
Expires on: 26-Oct-10
Last Updated on: 26-Oct-08

Administrative Contact:
Private, Registration MICCOSUKEEPOKER.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEEPOKER.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
NS05.DOMAINCONTROL.COM
NS06.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

# EXHIBIT E

# Domain for sale email oziumrules@yahoo.com

# EXHIBIT  F

Live 24/7 Sales & Support (480)505-8877

Create Account   Log in to Account:   Username/Customer #        Password          USD

| Home | Auctions | Marketplace | Media | Support & Community |
|---|---|---|---|---|

Bob's Video Blog

Domains    Hosting    Email    Site Builders    Business    SSL Certificates    Resellers    WHOIS Domain Check

Show All My Products

# MICCOSUKEETV.COM

Check to add these alternate *MICCOSUKEETV* domain names.                    Select All

**#29: Want to build a HOT business?**
5 steps that get YOU there.
How they worked for me.
"Thank you for the powerful encouragement..." - Carlos

| .INFO $9.99*/yr SAVE! | .NET $8.99*/yr SAVE! | .ORG $9.99*/yr SAVE! | .ME $9.99/yr SAVE! | .MOBI $7.99*/yr SAVE! | .US $9.99/yr SAVE! |
|---|---|---|---|---|---|

Check to add these similar *MICCOSUKEETV.COM* domain names.                Select All

| THEMICCOSUKEETV.C... | $10.69*/yr | MYMICCOSUKEETV.CO... | $10.69*/yr | NEWMICCOSUKEETV.C... | $10.69*/yr |
|---|---|---|---|---|---|
| FREEMICCOSUKEETV.... | $10.69*/yr | BESTMICCOSUKEETV.... | $10.69*/yr | ...S.COM | $10.69*/yr |
| SMICCOSUKEETV.COM... | | ...CCOSUKEETVSITE.COM | $10.69*/yr | SITEMICCOSUKEETV.... | $10.69*/yr |
| ...CCOSUKEETVONLINE.COM | $10.69*/yr | ONLINEMICCOSUKEET... | $10.69*/yr | ...CCOSUKEETVSTORE.COM | $10.69*/yr |

Check to add these Premium domain names. ?                                Select All

| Eeah.com $6,400.00 | Eebt.com $7,088.00 | Eebw.com $4,268.00 |
|---|---|---|
| Texas-Dj.com $399.00 | Sanfrancisco-Dj.com $298.00 | Newyork-Dj.com $499.00 |

**$1.99* DOMAINS**

No quantity limit! With every
new, non-domain product you buy**

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

**$1.99 Domain Names**
Register a domain name
for only $1.99 with each
new, non-domain product.

**World-Class Web Hosting**
Fast, secure, reliable hosting featuring
99.9% uptime, free setup, 24/7 support &
more!

**Safe, Personalized Email**
Get an easy-to-remember
email address with built-in
Fraud, Spam & Virus Protection.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MICCOSUKEETV.COM
Created on: 31-Oct-08
Expires on: 31-Oct-09
Last Updated on: 31-Dec-08

Administrative Contact:
Private, Registration MICCOSUKEETV.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Technical Contact:
Private, Registration MICCOSUKEETV.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2598

Domain servers in listed order:
CPNS01.SECURESERVER.NET
CPNS02.SECURESERVER.NET

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

| Help and Support | Account Manager | Shopping | Resources | About Go Daddy |
|---|---|---|---|---|
| Telephone Support & Sales | My Account | Offer Disclaimers | WHOIS search | Careers |
| Billing Support | My Renewals | Domain Search | ICANN Confirmation | Security Center |
| Email Our Support Team | My Upgrades | Catalog | Web Mail | Company Info |
| Frequently Asked Questions | Account Settings | Product Advisor | Affiliates | News Center |
| User's Guides | Customer Information | View Shopping Cart | Connect with Us | Customer Testimonials |
| Report Spam | Order History | Gift Cards | Gadgets/Widgets | What's New |
| Test Our Products | Create Account | Go Daddy Mobile | Add browser domain search | View our Commercials |
| | | Today's Offers | Site Map | Legal |
| | | Go Daddy Marketplace® | Radio Go Daddy® | Marketing Proposals |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2009 GoDaddy.com, Inc. All rights reserved.

http://who.godaddy.com/Whois.aspx?domain=miccosukeetv.com&prog_id=godaddy                    10/12/2009

# EXHIBIT  G

# MICCOSUKEETV.COM

Sponsored Listings

**Native 8(a) at Work**
See how the Native 8(a) program is working to create jobs for America.
www.native8aworks.com

**Native American Loans**
Mortgages with very low rates with no PMI for Native Americans.
www.nativeamericanloans.net

**Miccosukee Casino**
Get Our Best Price Guarantee on Maimi Hotels at Expedia.com
www.Expedia.com

**Online Booty Call.com**
Don't Promise Marriage - Just Date! Join the Casual Dating Community
OnlineBootyCall.com

**Indian Tepee**
Find Indian Tepees at Great Prices.
www.Pronto.com

**American Indian Clipart**
Find more sources/options for American Indian Clipart
www.webcrawler.com

**Find Indian Singles Now**
Sign Up & Browse Free - Live Chat, Voice Recordings, Easy Searching!
Mate1.com

**DIRECTV Business Packages**
DIRECTV Works for Your Business. Call Today to Get a Free Quote!
www.directsattv.com/Business

**Native American Jewelry**
Beautiful Rings, Necklaces & More Buy A Navajo or Zuni Piece Now!
www.UglyOtter.com

**Tribes in Oklahoma**
See videos on the 39 tribes that thrive in the state of Oklahoma.
OklaTravelNet.com



Search:

[ Search ]

**Related Searches**

▶ **Indians**

▶ **Native American Woman**

▶ **Casino Gaming**

▶ **Native Indian Costume**

▶ **Seminole Insurance**

▶ **Indian Diet Food**

▶ **My Tribe Cheats**

▶ **Oklahoma Gaming**

▶ **American Indian Tribes**

▶ **Native Masks**

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2009 GoDaddy.com, Inc. All rights reserved.

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

FILED by _R C S_ D.C.

NOV 10 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**09 - 23443**

CIV - JORDAN

McALILEY

**I. (a) PLAINTIFFS**

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a federally-recognized Indian Tribe

**DEFENDANTS**

DOMAINS BY PROXY, INC.

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Maricopa County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Lewis Tein, P.L.          Tel: (305) 442-1101
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| | | **LABOR** | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☑ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | |
| | | | ☐ 465 Other Immigration Actions | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO          b) Related Cases ☑ YES ☐ NO

JUDGE Ungaro          DOCKET NUMBER 1:08-cv-22714-UU

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)

LENGTH OF TRIAL via _2_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  11/9/09

FOR OFFICE USE ONLY

AMOUNT 350.00          RECEIPT # 101172

11/10/09